# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** G17-20773-JRS  
**Case Name:** PRITCHETT, JUSTIN COREY  

**Trustee Name:** (300570) Betty A. Nappier  
**Date Filed (f) or Converted (c):** 04/18/2017 (f)  
**§ 341(a) Meeting Date:** 05/22/2017  

**For Period Ending:** 06/30/2017  
**Claims Bar Date:** 08/24/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2015 Chevy Duramax 2500, 58k miles, Location: 5232 Dudley Hill Road, Gainesville GA 30506 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 2015 Yamaha R6, 2700 miles, Location: 5232 Dudley Hill Road, Gainesville GA 30506. Entire property value: $9,000.00 | 9,000.00 | 0.00 | | 0.00 | 9,000.00 |
| 3 | 2015 chi TL8, Location: 5232 Dudley Hill Road, Gainesville GA 30506. Debtor has permitted a thiord party to take over payments.. Entire property value: $40,000.00 | 40,000.00 | 0.00 | | 0.00 | 40,000.00 |
| 4 | 2015 Gravley 0 Turn mower, Lawn mower. Entire property value: $5,000.00 | 5,000.00 | 0.00 | | 0.00 | 5,000.00 |
| 5 | 2015 Big Tex 14LX, Location: 5232 Dudley Hill Road, Gainesville GA 30506. Entire property value: $5,200.00 | 5,200.00 | 633.00 | | 0.00 | 5,200.00 |
| 6 | 2015 Chevrolet 2500HD, 58k miles, Location: 5232 Dudley Hill Road, Gainesville GA 30506. Entire property value: $48,000.00 | 48,000.00 | 0.00 | | 0.00 | 48,000.00 |
| 7 | 4 television sets, 1 couch, 1 table and 4 chair, 1 bedroom set Location: 5232 Dudley Hill Road, Gainesville GA 30506 | 500.00 | 0.00 | | 0.00 | 500.00 |
| 8 | Computer and tablet Location: 5232 Dudley Hill Road, Gainesville GA 30506 | 250.00 | 0.00 | | 0.00 | 250.00 |
| 9 | 1 rifle Location: 5232 Dudley Hill Road, Gainesville GA 30506 | 200.00 | 200.00 | | 0.00 | 200.00 |
| 10 | Clothing Location: 5232 Dudley Hill Road, Gainesville GA 30506 | 300.00 | 0.00 | | 0.00 | 300.00 |
| 11 | Cash | 40.00 | 40.00 | | 0.00 | 40.00 |
| 12 | Checking: United Community Bank | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Savings: Suntrust Bank | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Suntrust IRA | 2,000.00 | 0.00 | | 0.00 | 2,000.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | G17-20773-JRS | Trustee Name: | (300570) Betty A. Nappier |
| --- | --- | --- | --- |
| Case Name: | PRITCHETT, JUSTIN COREY | Date Filed (f) or Converted (c): | 04/18/2017 (f) |
| | | § 341(a) Meeting Date: | 05/22/2017 |
| For Period Ending: | 06/30/2017 | Claims Bar Date: | 08/24/2017 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 15 | Claim against Progreesive Insurance Company under Auto Policy for repairs to Chevy DuraMax truck. Als intend to sue for bad faith and attorney's fees. | 25,000.00 | 13,800.00 | | 0.00 | 25,000.00 |
| **15** | **Assets Totals (Excluding unknown values)** | **$135,490.00** | **$14,673.00** | | **$0.00** | **$135,490.00** |

**Major Activities Affecting Case Closing:**

07/18/2017, Debtor's pre-petition counsel is to obtain and forward the required information and documentation to request the Court to allow him to be employed regarding a possible claim against the insurer for declining payment of a purported valid vandalism claim (Debtor contends sugar was placed in his truck's gas tank and that he timely reported the incident to the police and his insurer) and that the insurer/Progressive declined due to lack of evidence of the "sugar and that the truck's damage was caused by the sugar").

| | |
| --- | --- |
| **Current Projected Date Of Final Report (TFR):** | 11/30/2018 |
| **Initial Projected Date Of Final Report (TFR):** | 11/30/2018 |

| 07/31/2017 | /s/Betty A. Nappier |
| --- | --- |
| Date | Betty A. Nappier |